No. 96–9239. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–31. SMITH *v.* CALIFORNIA FAIR EMPLOYMENT AND HOUSING COMMISSION ET AL. Sup. Ct. Cal. Motions of American Jewish Congress et al. and Defenders of Property Rights for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–174. ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW ET AL. *v.* FOSTER, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Motion of Public Citizen for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1231. E. I. DU PONT DE NEMOURS & CO. *v.* SHERIDAN. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1591. CALDERON, WARDEN *v.* SILVA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1719. GALLO ET AL. *v.* AMOCO CORP., AS PLAN ADMINISTRATOR, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1755. CALDERON, WARDEN *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (HAYES, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of respondent Blufford Hayes, Jr., for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1160. RICHARDSON *v.* ALBERTSON'S, INC., 520 U. S. 1196;

No. 96–1390. EVANS, BY HER MOTHER AND NEXT FRIEND, EVANS *v.* AVERY ET AL., 520 U. S. 1210;

No. 96–1399. UNITED STATES EX REL. HAYCOCK *v.* HUGHES AIRCRAFT CO., 520 U. S. 1211;

No. 96–7555. SIDLES *v.* LEWIS ET AL., 520 U. S. 1146;

No. 96–7565. WILLIAMS ET UX. *v.* UNITED STATES ET AL., 520 U. S. 1188;

No. 96–7849. HARRIS *v.* CUYAHOGA COUNTY, OHIO, ET AL., 520 U. S. 1174;

No. 96–8015. GOLDEN *v.* TEXAS, 520 U. S. 1176;

No. 96–8046. MCREYNOLDS *v.* VENKATARAGHAVEN ET AL., 520 U. S. 1200;

No. 96–8175. HENRY *v.* WILLIAMSON ET AL., 520 U. S. 1216;

No. 96–8265. TAYLOR *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 520 U. S. 1201;

No. 96–8273. SISK *v.* TEXAS, 520 U. S. 1232; and

No. 96–8604. PARKER *v.* UNITED STATES, 520 U. S. 1223. Petitions for rehearing denied.

## JUNE 30, 1997

No. 97–5020 (A–8). MCQUEEN *v.* KENTUCKY. Sup. Ct. Ky. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 97–5021 (A–10). MCQUEEN *v.* PATTON, GOVERNOR OF KENTUCKY. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 97–5030 (A–2). MCQUEEN *v.* KENTUCKY. Sup. Ct. Ky. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 97–5039 (A–12). MCQUEEN *v.* SAPP, COMMISSIONER, KENTUCKY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution and the petition for writ of certiorari.